**FILED**

10/13/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0431

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. <u>DA 23-0431</u>

| | |
|---|---|
| JULIUS A. WILSON and ANITA M. ANGELO,<br><br>    Plaintiffs / Appellants,<br><br> v.<br><br>DOMINICA E. STAMPER;<br>Personal Representative of the<br>Estate of Pricilla A. Graham and<br>THERESA A. PRESLEY and<br>RONALD PRESLEY,<br><br>    Defendants / Appellees. | **GRANT** |

Pursuant to authority granted under Mont. R. App. P. 26(1), Appellants are given an extension of time until November 20, 2023 to prepare, file, and serve the Appellants' opening brief.

CLERK OF THE SUPREME COURT

Electronic signature included below:

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
October 13 2023